**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 14, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

EL CRUZ LOGAN,

     Plaintiff - Appellant,

v.

OKLAHOMA CITY POLICE
DEPARTMENT EX REL. CITY OF
OKLAHOMA CITY; JASON HODGES;
DANIEL PONDER; AUTUMN SHEETS,

     Defendants - Appellees.

No. 25-6097
(D.C. No. 5:23-CV-00804-D)
(W.D. Okla.)

_____

## ORDER
_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule

42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                    Jane K. Castro
Clerk of Court                                                        Chief Deputy Clerk

October 14, 2025

El Cruz Logan
1105 South Fairmont Avenue
Oklahoma City, OK 73129

RE:    **25-6097, Logan v. City of Oklahoma City, et al**
        Dist/Ag docket: 5:23-CV-00804-D

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Stacey Felkner
        Mary Kathleen Goff
        Jeramy Jarman
        Sherri Renea Katz
        Benjamin G Rose

CMW/djd